# IN THE UNTED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

## Appellate Docket Number 22-3111

**IBN CONSTRUCTION CORP.,**

**Appellant,**

**v.**

**NLRB,**

**Appellee.**

## MOTION TO DISMISS APPEAL

Appeal from the United States District Court for the District of New Jersey
Case No. 2-22-cv-05668(JK)

---

> JOHN R. VREELAND, ESQ.
> DAVID I. SOLOMON, ESQ.
> JACKSON LEWIS P.C.
> 200 CONNELL DRIVE, SUITE 2000
> BERKELEY HEIGHTS, NEW JERSEY 07922
> (908) 795-5200
>
> ATTORNEYS FOR APPELLANT
> IBN CONSTRUCTION CORP

IT IS HEREBY AGREED by and between Petitioner/Appellee NLRB and Respondent/Appellant IBN CONSTRUCTION CORP., by and through their respective counsel, that Respondent/Appellant's appeal be dismissed pursuant to FRAP 42(b), with prejudice, each party to bear her/its own costs and attorneys' fees.

Dated this 25th day of April 2023.

Respectfully submitted,

_s/ John R. Vreeland_ _____
John R. Vreeland, Esq.
David I. Solomon, Esq.
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR RESPONDENT-APPELLANT

– AND –

_s/ Kyle A. Mohr_ _____
Kyle A. Mohr, Esq.
National Labor Relations Board
1015 Half Street Southeast
Washington, DC 20570-0001
ATTORNEYS FOR PETITIONER - APPELLEE

## COMBINED CERTIFICATIONS

I, the undersigned, hereby certify the following:

1. That I am a member of the Bar of the United States Court of Appeals for the Third Circuit.

2. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains <u>48</u> words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

3. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using <u>Microsoft Word</u> in <u>14 point Times New Roman</u>.

4. That the text of the electronic and paper versions of the foregoing brief are identical.

5. That a virus check was performed on this brief using Microsoft Defender Software, and that no virus was indicated.

6. That, on <u>April 25, 2023</u>, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all registered users.

Respectfully submitted,

*s/ David I. Solomon*
DAVID I. SOLOMON, ESQUIRE